**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE: KERRY LYDEL JACKSON,                         Case No.   25-57855-PWB

    Debtor                                                                    Chapter   13

## DEBTOR'S RESPONSE TO TRUSTEE'S SUPPLEMENTAL REPORT REQUESTING DISMISSAL

COMES NOW the Debtor, Kerry Lydell Jackson to Trustee's Supplemental Report Following Confirmation Hearing. Debtor shows this Honor Court the following:

1.

Debtor filed the instant Chapter 13 case on July 14, 2025.  The case came on for Confirmation on October 1, 2025.  Debtor was placed on status to re-notice the 341 and confirmation hearings.

2.

The debtor shows that the re-notice of the 341 hearing and confirmation hearing have been filed..

WHEREFORE, Debtor prays that the Trustee's Supplemental Report requesting dismissal be denied and case continues to the January 7, 2026 confirmation hearing date.

Dated:   October 16, 2025                                              Respectfully submitted,

                                                By:  /s/ Stanley J. Kakol, Jr.
                                                    Stanley J. Kakol, Jr. 406060
                                                    Attorney for Debtor(s)
                                                    5353 Fairington Road
                                                    Suite C
                                                    Lithonia, GA 30038
                                                    770-800-0440

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: KERRY LYDEL JACKSON,　　　　　　　　　　　Case No.　25-57855-PWB

　　　　　Debtor　　　　　　　　　　　　　　　　　　Chapter　13

CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of October, 2025, I electronically filed the foregoing **Debtor's Response to Trustee's Supplemental** for its approval using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Kerry Lydell Jackson
5315 Yellow Pine Drive
McDonough, GA 30252

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303

All creditors and parties of interest in the attached matrix

This Thursday, October 23, 2025.

/s/ Stanley J. Kakol, Jr.
Stanley J. Kakol, Jr.
GA Bar No. 406060
Law Office of Stanley J. Kakol, Jr., LLC
5353 Fairington Road, Suite C
Lithonia, GA 30038

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 25-57855-pwb<br>Northern District of Georgia<br>Atlanta<br>Thu Oct 23 14:32:01 EDT 2025 | American Honda Finance<br>1250 Northmeadow 120<br>Roswell, GA 30076-4914 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 |
| Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Bank Of Monticello<br>1141 Green St<br>Monticello, GA 31064 | Bk Of Mnti<br>1141 Green St<br>Monticello, GA 31064 |
| Credit Collection Services<br>Attn: Bankruptcy<br>725 Canton St<br>Norwood, MA 02062-2679 | (p)GEORGIA DEPARTMENT OF REVENUE<br>BANKRUPTCY<br>2595 CENTURY PKWY NE SUITE 339<br>ATLANTA GA 30345-3173 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Kerry Lydell Jackson<br>5315 Yellow Pine Drive<br>McDonough, GA 30252-6878 | Stanley J. Kakol Jr.<br>The Law Offices of Stanley J. Kakol, Jr.<br>5353 Fairington Road<br>Suite C<br>Lithonia, GA 30038-1164 | Brandi L. Kirkland<br>K. Edward Safir, Chapter 13 Trustee<br>285 Peachtree Center Ave., Ste. 1600<br>Atlanta, GA 30303-1229 |
| K. Edward Safir<br>Standing Chapter 13 Trustee<br>Suite 1600<br>285 Peachtree Center Ave. NE<br>Atlanta, GA 30303-1229 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088 | Georgia Department of Revenue<br>Compliance Division<br>ARCS-Bankruptcy<br>1800 Century Blvd, N.E. Ste 9100<br>Atlanta, GA 30345 | End of Label Matrix<br>Mailable recipients    13<br>Bypassed recipients     0<br>Total                  13 |